**FILED**

FEB 2 0 2019

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| IN THE MATTER OF THE SEARCH OF A SAMSUNG GALAXY NOTE 8, SERIAL NUMBER UNKNOWN, CURRENTLY LOCATED AT 125 CENTRAL AVENUE WEST, GREAT FALLS, MT 59404 | MJ-19-10-GF-JTJ<br><br>SEALING ORDER |
|---|---|

Pursuant to the motion of the United States and for good cause shown, IT IS ORDERED that the motion to seal the above-referenced case is GRANTED. This case will be sealed until further notice.

DATED this 20 day of February, 2019.

John T. Johnston
United States Magistrate Judge